No. 03–8531. GREEN v. GRANOFF ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–8537. ISSE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–8541. SUA v. HAWAII; LESTER v. HAWAII; and CONKLIN v. HAWAII. Sup. Ct. Haw. Certiorari denied. Reported below: 102 Haw. 527, 78 P. 3d 340 (third judgment).

No. 03–8562. WILLIAMS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–8563. LYCKMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8564. JACKSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–8572. JOHNS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–8576. PERDOMO v. BENOV, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 03–8580. WHITE v. BARRON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–8582. THOMAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–8583. BOWMAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–8586. ADDO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–8590. MACK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–8592. BROWN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–8594. BRADLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–8598. VASQUEZ-CRUZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.